BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
KEVIN G. GILL – CSBN 226819
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
    E-Mail: Kevin.Gill@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RODRIGO LOPEZ VILLA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-00112-DAD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time, to and including July 20, 2015, to file her responsive brief.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant requests this extension because Defendant's counsel is currently responding to discovery, conducting and defending depositions, and preparing witnesses and arguments for an upcoming Merit Systems Protection Board hearing.  That dispute has grown significantly since Defendant's first request.  As a result, Defendant needs additional time to respond to the issues raised in Plaintiff's opening brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: June 17, 2015

By: /s/ Joseph Clayton Fraulob*
JOSEPH CLAYTON FRAULOB
(* As authorized via email on June 17, 2015)
Attorney for plaintiff Rodrigo Lopez Villa

Dated: June 17, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Kevin G. Gill
KEVIN G. GILL
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: June 18, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
villa0112.stip.eot.ord.docx